**Davoud Allen EGHBALI,
Plaintiff–Appellant,**

v.

**DEPARTMENT OF ENERGY, AT THE SAVANNAH RIVER NATIONAL LAB, Defendant–Appellee.**

No. 15–1593.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2015.

Decided: Nov. 25, 2015.

Davoud Allen Eghbali, Appellant Pro Se. Terri Hearn Bailey, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

**116**

Before GREGORY, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Davoud Allen Eghbali appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing his employment discrimination complaint and denying his motion under Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Butler v. Drive Auto. Indus. of Am., Inc.*, 793 F.3d 404 (4th Cir.2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*